IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| EDWARD E. THOMAS, DIRECTOR,<br>VIRGIN ISLANDS BUREAU OF<br>INTERNAL REVENUE<br><br>      Petitioner,<br><br>      v.<br><br>LONESOME DOVE PETROLEUM CO.,<br>a Texas Corporation,<br>MARINA PACIFICA OIL COMPANY,<br>a California Corporation,<br><br>      Respondents. | Civil No. 1992-0079<br><br>PETITION FOR EQUITABLE<br>RELIEF AND APPOINTMENT<br>OF RECEIVER UNDER<br>INTERNAL REVENUE CODE<br>Secs. 7401 et. seq. |

## ORDER

The Motion To Authorize Payment filed by the Third Successor Receiver Joanne E. Bozzuto with the Seventy-Fifth Report of Third Successor Receiver for the month ended March 31, 2010 having been considered, it is hereby ORDERED:

The Third Successor Receiver is authorized to make a payment for Receiver's professional services and expenses for the month ended March 31, 2010, in the amount of $21,300.00.

DATED: August 27, 2010        S\_____
                                                         **GEOFFREY W. BARNARD**
                                                        United States Magistrate Judge