## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| EDWARD E. THOMAS, DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, | ) ) ) ) Civil No. 1992-0079 |
| Petitioner, | ) ) ) |
| v. | ) PETITION FOR EQUITABLE ) RELIEF AND APPOINTMENT ) OF RECEIVER UNDER |
| LONESOME DOVE PETROLEUM CO., a Texas Corporation, MARINA PACIFICA OIL COMPANY, a California Corporation, | ) INTERNAL REVENUE CODE ) Secs. 7401 et. seq. ) ) ) |
| Respondents. | ) ) |

## ORDER

Before the Court is the Third Successor Receiver's motion to file under seal the confidential portions of the American Energy Advisors, Inc. Report on Reserves Data that provides identification and valuation of oil and gas interests owned by Lonesome Dove. The Receiver also moves to file the Report in hard copy, rather than by electronic filing, excepting a redacted executive summary of the Report and Exhibits A and B of the Report, which are appropriate for filing on the public record.

In support of the motion, the Receiver represents that the Report contains highly confidential information on the valuation of the various oil and gas interests identified by the experts contracted to perform the study for Lonesome Dove, which, if publicly revealed, would potentially compromise the Receiver's ability to secure the most favorable price for assets, should a sale in the future be proposed and approved by the court, by providing to potential purchasers access to this information, thereby compromising any

*Edward Thomas, VIBIR v. Lonesome Dove et al.,*
Civil No. 1992-0079
Order
Page 2

arms length negotiations. The Receiver also represents that because there was substantial expense involved in obtaining this expert report on valuation, it would be imprudent to share this information publicly with any potential purchasers without the execution of an appropriate confidentiality agreement. Based on the foregoing, it is hereby

    ORDERED that the motion is GRANTED, and it is further

    ORDERED that the Receiver shall file the Report under seal, in hard copy rather than by electronic filing, except that an executive summary, including Exhibits A and B of the Report, redacted to remove confidential information, shall be filed electronically as a public record.

S\_____
  RUTH MILLER
  United States Magistrate Judge