```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

```
_____
                                       )
EDWARD E. THOMAS, DIRECTOR,            )
VIRGIN ISLANDS BUREAU OF               )
INTERNAL REVENUE,                      )
                                       )
        Petitioner,                    )
                                       )
    v.                                 )
                                       )CIVIL NO. 1992-0079
LONESOME DOVE PETROLEUM CO.,           )
a Texas Corporation,                   )
MARINA PACIFICA OIL COMPANY,           )
a California Corporation,              )
                                       )
        Respondents.                   )
_____)
                                       )
THE GOVERNMENT OF THE VIRGIN ISLANDS,  )
BUREAU OF INTERNAL REVENUE             )
                                       )
        Plaintiff,                     )
                                       )CIVIL NO. 2001-157 M/B
    v.                                 )(Formerly 1998-243 M/B)
                                       )
WILLIAM M. LANDSDALE, et al.,          )
                                       )
        Defendants.                    )
_____)
```

ORDER

WHEREAS the Clerk of Court has seven certificates of deposit (CDs) holding Lonesome Dove Petroleum Company oil and gas royalties;

WHEREAS the CD numbers are:  233288, 235707, 237336, 247520, 231109, 235710, and 547517;

WHEREAS the CDs currently mature every 30 days with automatic 30-day renewal periods;

*Thomas v. Lonesome Dove Petroleum Co., et al.*
Civil No. 1992-0079
*GVI v. Landsdale, et al.*
Civil No. 2001-157 M/B
Page 2

WHEREAS the Receiver represents that the United States Court of Appeals for the Third Circuit has dismissed all appeals in the case;

WHEREAS the Receiver represents that she is entitled to the funds held in these CDs; and

WHEREAS the Receiver further represents and that she intends to distribute these funds to the Virgin Islands Bureau of Internal Revenue and has filed a motion seeking authorization to receive the funds and make such distribution;

NOW THEREFORE, based on the foregoing, it is hereby

ORDERED that the following CDs: 233288, 235707, 237336, 247520, 231109, 235710, and 547517 be cashed in on their next maturity date and the funds deposited into the Court's registry, pending further order of the Court.

S\_____
**RUTH MILLER**
United States Magistrate Judge